# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-0991
LT Case No. 2019-CF-68

_____

LAWRENCE JARVIS HALL, III

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On Appeal from the Circuit Court for Duval County.
Jeb T. Branham, Judge.

Thomas J. Butler, of Thomas Butler, P.A., Miami Beach, for
Appellant.

Ashley Moody, Attorney General, and David Welch, Assistant
Attorney General, Tallahassee, for Appellee.

May 14, 2024

PER CURIAM.

AFFIRMED.

LAMBERT, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____